IN THE UNITED STATES DISTRICT COURT FOR THE
WESTERN DISTRICT OF OKLAHOMA

| | | |
|---|---|---|
| (1) Farm Credit Services of America, PCA, | ) | |
| | ) | |
| Plaintiff, | ) | Case No. CIV-20-1261-R |
| | ) | |
| v. | ) | |
| | ) | |
| (1) Michael Nelson Unruh, | ) | |
| | ) | |
| Defendants. | ) | |

# **ORDER**

There comes on for consideration by the Court the Motion of Plaintiff, Farm Credit Services of America, PCA ("FCA"), for Attorneys' Fees and Costs and Brief in Support Thereof, filed on May 26, 2021 (the "Motion"). Plaintiff appears by one of its counsel, Gary A. Bryant. Although timely notice of the Motion was given to all parties and no objections were filed to the Motion. After determining that adequate notice of the Motion has been given, and after having reviewed the Motion and other pleadings filed in the case, the Court finds that the Motion should be granted.

IT IS THEREFORE ORDERED, ADJUDGED AND DECREED that FCA should be and hereby is awarded its attorneys' fees through May 27, 2021, in the total amount of $3,935.50.

_____
**DAVID L. RUSSELL**
**UNITED STATES DISTRICT JUDGE**